# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130516

STELLA SIDUN,
        Plaintiff-Appellant,

v

WAYNE COUNTY TREASURER,
        Defendant-Appellee.

_____

SC: 130516
COA: 264581
Court of Claims: 04-000240-MT

## AMENDMENT TO ORDER

On order of the Court, the order of June 21, 2006 is amended to correct a clerical error by correcting the citation for *Jones v Flowers*, to read "547 US ___; 126 S Ct 1708; 164 L Ed 2d 415 (2006)."

We do not retain jurisdiction.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2006

_____
Clerk